UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Michael A. Artis, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
E-mail: Michael.A.Artis@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re | Case No. 21-11586 (CMG) |
| | Chapter 7 |
| Justino Roman and | |
| Mary Roman, | The Honorable Christine M. Gravelle |
| Debtors. | Hearing Date: July 20, 2021, at 2:00 p.m. |

**NOTICE OF MOTION BY THE UNITED STATES TRUSTEE FOR AN ORDER DISMISSING CASE FOR ABUSE UNDER 11 U.S.C. § 707(b)(1), BASED ON THE TOTALITY OF THE CIRCUMSTANCES OF THE DEBTORS' FINANCIAL SITUATION UNDER 11 U.S.C. § 707(b)(3)(B)**

**TO: ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE**

   **PLEASE TAKE NOTICE** that the United States Trustee, by and through counsel, shall move before The Honorable Christine M. Gravelle, United States Bankruptcy Judge, on **July 20, 2021, at 2:00 p.m.**, or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey, pursuant to Federal Rule of Bankruptcy Procedure 1017(e)(1), for an *Order Dismissing Case for Abuse Under 11 U.S.C. § 707(b)(1), Based on the Totality of the Circumstances of the Debtors' Financial Situation Under 11 U.S.C. § 707(b)(3)(B)* and for such other and further relief as the Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee shall rely upon the Certification and Memorandum of Law submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee no later than 7 days in advance of the hearing date pursuant to D.N.J. LBR 9013-2(a)(2). If no opposing papers are filed and served within the required time, the Motion shall be decided on the papers pursuant to D.N.J. LBR 9013-3(d) and an Order Dismissing Case may be signed and entered in the Court's discretion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-3(d) oral argument may only be presented by a party that has filed opposition to the Motion.

                                        Respectfully submitted,

                                        ANDREW R. VARA
                                        UNITED STATES TRUSTEE
                                        REGIONS 3 & 9

By:    /s/*Michael A. Artis*
            Michael A. Artis
            Trial Attorney

Dated: June 1, 2021