UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PATEL, SOLTIS & CARDENAS, LLC
By: John R. Voorhees III, Esq..
574 Newark Avenue, Suite 307
Jersey City, NJ 07306
(973)-200-1111
voorhees@focusedlaw.com
Attorney for Debtor Justino Roman & Mary Roman

In Re:

Justino Roman and Mary Roman

Case No.: 21-11586

Chapter: 7

Hearing Date: 
Judge: CMG

## Debtor's Notice to Convert Case From Chapter 7 to Chapter 13

The Debtors, pursuant to 11 U.S.C. § 706(a) hereby elect to convert the above-captioned chapter 7 case to a case under chapter 13 of the Bankruptcy Code.

The Debtors are entitled to convert their case because:

1. This case, filed on February 26, 2021, is a case under chapter 7 of the Bankruptcy Code.

2. The Debtors are eligible to be debtors under chapter 13 of the Bankruptcy Code.
3. The debtors want to exercise their right to voluntarily convert to chapter 13 under section 706(a) and the case has not been previously converted

WHEREFORE, the Debtors pray for relief under chapter 13 of the Bankruptcy Code.

Date: August 16, 2021                    /s/ John R. Voorhees, III, Esq.
                                              Attorney for Debtors